# UNITED STATES DISTRICT COURT
for the
District of Vermont

KYLE MONTANIO, individually and on behalf of all others similarly situated

*Plaintiff(s)*

v.

KEURIG GREEN MOUNTAIN, INC. et al.

*Defendant(s)*

Civil Action No. 5:16-cv-19

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Opinion and Order (Document No. 52) filed February 16, 2017, defendants Barbara D. Carlini, John D. Hayes, Brian P. Kelley, Keurig Green Mountain, Inc., A.D. David Mackay, Michael J. Mardy, Hinda Miller, David E. Moran, Jose Ocatvio Reyes Lagunes, Susan Saltzbart Kilsby, Robert A. Steele, Norman H. Wesley's Motion to Dismiss the First Amended Complaint (Document No. 27) and defendant Maple Holdings Acquisition Corp.'s Motion to Dismiss the First Amended Class Action Complaint (Document No. 32) are GRANTED. The case is DISMISSED WITH PREJUDICE.

Date: February 16, 2017

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED: 2/16/2017

*/s/Elizabeth Britt*
*Signature of Clerk or Deputy Clerk*